1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID CARTER,                                     1:08-cv-01103-SMS (HC)

                          Petitioner,       ORDER DENYING PETITIONER'S REQUEST
                                            FOR CERTIFICATE OF APPEALABILITY

     v.                                     [Doc. 9]

DAN SEDLEY,

                          Respondent.
_____/

    On August 13, 2008, the undersigned dismissed the instant petition for writ of habeas

corpus filed pursuant to 28 U.S.C. § 2254 for failure to state a cognizable federal claim, and

judgment was entered this same date.  (Court Docs. 7, 8.)

    On September 15, 2008, Petitioner filed a notice of appeal and requests the Court to issue

a certificate of appealability.  (Court Doc. 9.)

    When a district court denies a habeas petition on procedural grounds without reaching the

underlying constitutional claims, the petitioner must show, in order to obtain a certificate of

appealability: (1) that jurists of reason would find it debatable whether the petition stated a valid

claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable

whether the district court was correct in its procedural ruling.  Slack v. McDaniel, 529 U.S. 473,

484 (2000).  While both showings must be made to obtain a certificate of appealability, "a court

may find that it can dispose of the application in a fair and prompt manner if it proceeds first to

resolve the issue whose answer is more apparent from the record and arguments."  Slack, 529

1

U.S. at 485.

The Court finds that Petitioner has failed to make an adequate showing. The Court does not find that jurists of reason would not find it debatable whether the petition was properly dismissed, without prejudice, for failure to exhaust the state judicial remedies. Petitioner has not made the required substantial showing of the denial of a constitutional right. Accordingly, the Court hereby DENIES Petitioner's motion for certificate of appealability.


IT IS SO ORDERED.

**Dated:    October 17, 2008**                                   /s/ **Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE

2